1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT
8      CENTRAL DISTRICT OF CALIFORNIA
9            WESTERN DIVISION
10

11  CYNTHIA SIMS,                    )  No. CV 14-04204-JFW (VBK)
                                     )
12              Plaintiff,           )  ORDER APPROVING MAGISTRATE
                                     )  JUDGE'S REPORT AND
13       v.                          )  RECOMMENDATION
                                     )
14  CAROLYN W. COLVIN, Acting        )
    Commissioner of Social           )
15  Security,                        )
                                     )
16              Defendant.           )
                                     )
17  _____)

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the

19  Complaint and all other papers along with the attached Report and

20  Recommendation of the United States Magistrate Judge, and has made

21  a de novo determination of the Report and Recommendation.

22       **IT IS THEREFORE ORDERED** that a Judgment be entered (1)

23  approving the findings of the United States Magistrate Judge, and

24  (2) directing that Judgment be entered dismissing the Complaint,

25  and the action, with prejudice.

26       **IT IS ORDERED** that:

27

28  DATED: September 5, 2014
                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE